**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-07-1165-01-PHX-MHM |
| Plaintiff, ) | |
| vs. ) | |
| Rogelio Cruz Pangan, ) | **DETENTION ORDER** |
| Defendant. ) | |

A detention hearing on the Petition on Supervised Release was held on November 23, 2010.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 24rd day of November, 2010.

Lawrence O. Anderson
United States Magistrate Judge